IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN M. DAVIS,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                            13-cv-332-wmc

STATE OF WISCONSIN et al.,
CHRIS GAJEWSKI and SANDRA HANSEN,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(A)b.

By: _(signature)_, Deputy Clerk                      7-1-2013
Peter Oppeneer, Clerk of Court                          Date