IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN M. DAVIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-332-wmc

STATE OF WISCONSIN et al.,
CHRIS GAJEWSKI and SANDRA HANSEN,

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(A)b.

By: _____      7-1-2013
    Peter Oppeneer, Clerk of Court      Date