IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN M. DAVIS,

                    Plaintiff,                                  ORDER

          v.
                                                                13-cv-332-wmc

STATE OF WISCONSIN, *et al.*,

                    Defendants.

Plaintiff Glenn M. Davis filed a civil action pursuant to 42 U.S.C. § 1983, seeking relief from the revocation of his parole. On June 28, 2013, the court dismissed this action for failure to state a claim for which relief could be granted. Davis has now filed a motion for reconsideration, along with a supplement, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Davis does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiff Glenn M. Davis's motion for reconsideration (Dkt. # 13) is DENIED.

Entered this 18th day of July, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge